## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEBRASKA

## OMAHA DIVISION

| | |
|---|---|
| In Re:<br><br>Robert Lee Pelshaw<br><br>Debtor, | Case No. 10-80982-TJM<br><br>Chapter   11<br><br>MOTION TO ALLOW LATE CLAIM |

Pursuant to FRBP 3003 and 3008, Mutual of Omaha Bank, it assignees and/or successors, and the servicing agent Dovenmuehle Mortgage, Inc. ("Loan Servicer"), move the Court to allow its Late Proof of Claim in this case.

The Late Proof of Claim is in the amount of $237,141.56 and will be filed subsequent to Motion to Allow being granted.  The reason for the Late Proof of Claim is that **Creditor received late notice of bankruptcy filing**.

Because under 11 U.S.C. 1322(a)(2) and (5), this debt will survive the debtor's discharge, it is in debtor's best interest for the claim to be paid in full through the Chapter 11 plan.

**WHEREFOR**E, Secured Creditor requests that the Court enter an order Allowing the Late Proof of Claim in the amount of $237,141.56, with arrears of $2,391.73 and ordering that the Claim be paid through the Plan.

Dated: 10/18/2010

/s/  Kristin A. Zilberstein
_____
Kristin A. Zilberstein, Esq. SBN 200041
Attorney for SECURED CREDITOR

Motion to Allow Late Claim
MH# NE-10-33280

**McCarthy & Holthus, LLP**
1770 Fourth Avenue
San Diego, CA 92101
Phone: (619)243-3921