# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| IN RE: ) | Case No. BK 10-80982 |
| ) | Chapter 11 |
| ROBERT L. PELSHAW, ) | |
| ) | **LIMITED OBJECTION TO** |
| Debtor. ) | **MOTION TO ALLOW LATE CLAIM** |

COMES NOW the Debtor herein, Robert L. Pelshaw, by and through his attorney, and in support of his Limited Objection to Motion to Allow Late Claim states as follows:

1. That the Debtor in general has no objection to the filing of the claim and the allowance of such claim.

2. That the Debtor does object to the portion of the Motion that seeks an Order requiring that the claim be paid through the Plan based on the fact that the Plan does provide for continued payments of this secured claim and allowing this portion of the Motion would result in confusion of issues in this proceeding.

3. That the Debtor has filed a Motion to Approve Disclosure Statement and Plan in this proceeding and has no problem with correcting such document to comply with the claim of this creditor and determine if changes should be made in the Plan filed herein.

WHEREFORE Debtor prays that the Claim of this creditor simply be allowed to be filed in this proceeding but that the effect of such allowance be simply the allowance of the Claim and not the other contents of the Motion.

DATED:  November 15, 2010.                                    ROBERT L. PELSHAW,
                                                                                           Debtor


                                        By:     /s/ Howard T. Duncan
                                                    Howard T. Duncan
                                                    Attorney No. 15851
                                                    1910 S. 72nd St., Ste. 304
                                                    Omaha, Nebraska 68124-1734
                                                    (402) 391-4904
                                                    Attorney for Debtor

1

2

**CERTIFICATE OF SERVICE**

      The undersigned hereby certifies that the attached Limited Objection to Motion to Allow Late Claim was served upon attorney Kristin A. Zilberstein on behalf of Creditor Mutual of Omaha Bank by electronically filing same with the Clerk of the United States Bankruptcy Court for the District of Nebraska, utilizing its CM/ECF system on the 15th day of November, 2010.

                                      */s/ Howard T. Duncan*
                                      Howard T. Duncan