IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| In re: | ) | BK10-80982 |
| ROBERT LEE PELSHAW | ) | Chapter 11 |
| | ) | |
| Debtor. | ) | |

AMENDED CERTIFICATE OF SERVICE

I hereby certify that on November 23, 2010, I electronically filed the foregoing with the Clerk of the Bankruptcy Court by using the CM/ECF system which sent notification of such filing to the following: James W. Crampton, Howard T. Duncan, Wendee N. Elliott-Clement, Jerry L. Jensen, Brian J. Koenig, Mark James LaPuzza, Jeffrey A. Silver, Donald L. Swanson, John T. Turco, Thomas A. Ukinski, Andrew J. Whealy, Steven J. Woolley, Kristin A. Zilberstein, and Patricia Fahey and I hereby certify that I have mailed by United States Postal Service the document to the following non CM/ECF participants: Robert Lee Pelshaw, David E. Pavel

Respectfully submitted,

UNTIED STATES OF AMERICA
on behalf of Internal Revenue Service
Defendant,

By:   DEBORAH R. GILG
      United States Attorney

And:  s/ LAURIE M. BARRETT
      LAURIE M. BARRETT, #17584
      Assistant U.S. Attorney
      1620 Dodge Street, Suite 1400
      Omaha, NE 68102-1506
      (402) 661-3700
      laurie.barrett@usdoj.gov