UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEBRASKA

OMAHA DIVISION

| In re:<br><br>Robert Lee Pelshaw,<br><br>           Debtor. | Case No. 10-80982-TJM<br><br>Chapter 11<br><br>**STIPULATED ORDER ON MOTION FOR RELIEF FROM AUTOMATIC STAY** |
|---|---|

       Based upon the Stipulation of Mutual of Omaha Bank, ("Secured Creditor"), and Debtors, by and through their respective counsel, **IT IS HEREBY ORDERED**:

1. This Order affects the real property commonly known as: **1236 Cork Drive, Papillion, NE 68046.**

2. Commencing 01/10/2011 , Debtors shall make regular monthly post-petition payments under the Note and Deed of Trust to Secured Creditor, and continuing on the first day of each month thereafter pursuant to the terms of the Note and Deed of Trust.

3. Payments shall be made directly to Secured Creditor, at Dovenmuehle Mortgage, Inc. 1 Corporate Drive, Suite 360, Lake Zurich, IL 60047-8924, with reference to the last four digits of the Loan Number 4803, or as otherwise directed.

///

///

///

///

///

Stipulated Order on Motion for Relief from Stay - 1
MH #NE-10-33280

**McCarthy & Holthus, LLP**
1770 Fourth Avenue
San Diego, CA 92101
Phone: (619) 243-3921

4. Commencing 02/20/2011, and continuing thereafter on the twentieth day of each month through and including 07/20/2011, Debtors shall make an additional payment each month to Secured Creditor in the amount of $3,061.76, until current on post-petition payments, fees, and costs. The post-petition delinquency owed to Secured Creditor is $18,370.56, itemized as follows:

Post-Petition Delinquencies:

| | | | |
|---|---|---|---|
| Payments (05/01/10 – 12/01/10) | 8 At | 2,091.73 | $16,733.84 |
| Late Charges (05/16/10 – 12/16/10) | 8 At | 104.59 | $ 836.72 |
| Bankruptcy Fees & Costs: | | | $800.00 |
| **Total Post-Petition Delinquencies:** | | | **$18,370.56** |

5. Debtors shall timely perform all other obligations under Secured Creditor's Note and Deed of Trust as they come due, including but not limited to the payment of real estate taxes, maintaining insurance coverage, and paying any and all senior liens.

6. In the event Debtors fail to timely perform any of the obligations set forth in this Order, Secured Creditor shall notify Debtors and Debtors' counsel of the default in writing. Debtors shall have ten (10) calendar days from the date of the written notification to cure the default, plus pay an additional $100.00 for attorneys' fees.

7. If Debtors fail to timely cure the default, Secured Creditor shall be entitled to file a Declaration of Default and an Order Terminating the Automatic Stay. The Order shall be entered without further notice or hearing. The automatic stay shall be immediately terminated and extinguished for all purposes as to Secured Creditor and its successors and/or assigns. Secured Creditor and its successors and/or assigns may proceed with and foreclose

Stipulated Order on Motion for Relief from Stay - 2
MH #NE-10-33280

**McCarthy & Holthus, LLP**
1770 Fourth Avenue
San Diego, CA 92101
Phone: (619) 243-3921

on the Property, pursuant to applicable state law.  Secured Creditor may commence any action necessary to obtain complete possession of the subject Property, including unlawful detainer, if required.

8. If Debtors default on the obligations set forth herein on more that three (3) occasions, Secured Creditor shall be entitled to file a Declaration of Default and an Order Terminating the Automatic Stay.  The Order shall be entered without further notice or hearing.  The automatic stay shall be immediately terminated and extinguished for all purposes as to Secured Creditor and its successors and/or assigns. Secured Creditor and its successors and/or assigns may proceed with foreclosure on the Property, pursuant to applicable state law.  Secured Creditor may commence any action necessary to obtain complete possession of the subject Property, including unlawful detainer, if required.

9. If this case is converted to another Chapter, or if the automatic stay is terminated as provided herein, or if the automatic stay is terminated as a matter of law, the repayment terms of this Order shall immediately cease in effect and become null and void.

///

///

///

///

///

///

///

///

Stipulated Order on Motion for Relief from Stay - 3
MH #NE-10-33280

**McCarthy & Holthus, LLP**
1770 Fourth Avenue
San Diego, CA 92101
Phone: (619) 243-3921

10. Secured Creditor's Proof of Claim in the amount of $2,391.73 is due, owing and allowed in full.

11. The fourteen day stay described in Bankruptcy Rule 4001(a)(3) is waived upon relief.

Dated: 12/16/2010

        Hon. Timothy J. Mahoney
        United States Bankruptcy Court Judge

Stipulated and Submitted by:

/s/Kristin A. Zilberstein           1/13/2011
Kristin A. Zilberstein, Esq.,        Date
Attorney for Mutual of Omaha Bank

/s/Howard T. Duncan            1/11/2011
Howard T. Duncan,             Date
Attorney for Debtors

/s/Robert Lee Pelshaw
Robert Lee Pelshaw,              Date
Debtor

Stipulated Order on Motion for Relief from Stay - 4
MH #NE-10-33280

**McCarthy & Holthus, LLP**
1770 Fourth Avenue
San Diego, CA 92101
Phone: (619) 243-3921

# **CERTIFICATE OF SERVICE**

On 1/13/2011, I served the foregoing documents **STIPULATED ORDER ON MOTION FOR RELIEF FROM AUTOMATIC STAY** described as  on the following individuals by electronic means through the Court's ECF program

COUNSEL FOR DEBTOR
Howard T. Duncan
cathy@hduncanlaw.com

First Westroads Bank  c/o Mark James LaPuzza
mjlbr@pheblaw.com

Mutual of Omaha Bank  c/o Andrew J. Whealy
andrew.whealy@kutakrock.com

Nebraska Department of Labor, Catherine D. Lang, Commissioner of Labor  c/o Thomas A. Ukinski
thomas.ukinski@nebraska.gov

Pelstar Development, LLC  c/o Brian J. Koenig
brian.koenig@koleyjessen.com

Pelstar Development, LLC  c/o Donald L. Swanson
don.swanson@koleyjessen.com

Centennial Bank c/o Steven J. Woolley
stevewoolley@mgwl.com

**I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.**

/s/ Lucian Perta

On 1/13/2011, I served the foregoing documents described as **STIPULATED ORDER ON MOTION FOR RELIEF FROM AUTOMATIC STAY** on the following individuals by depositing true copies thereof in the United States mail at San Diego, California, enclosed in a sealed envelope, with postage paid, addressed as follows:

DEBTOR
Robert Lee Pelshaw
PO Box 461059
Papillion, NE 68046

UNITED STATES TRUSTEE
111 So 18th Plz Suite 1148
Omaha, NE 68102

Mutual Of Omaha Bank
3333 Farnam St.
Omaha,, NE 68131

Cornhusker Bank
PO Box 80009
Lincoln,, NE 68501

Lyons State Bank
101 E Main St.
Lyons,, KS 67554

Southern Bank
302 Washington St.
Doniphan,, MO 63935

Uinta County Bank
695 Parkway Dr.
Mountain View, WY 82939

Omaha Neon Co.c/o C2C Systems
56 perimeter Center East #100
Atlanta,, GA 30346

First Westroads Bank
PO Box 241259
Omaha,, NE 68124

Sam Murante
2411 O St. #1
Omaha,, NE 68107

Centennial Bank
9003 S 145th St.
Omaha,, NE 68138

US Bank
222 S 72nd St.
Omaha,, NE 68114

Steve Willey
5935 S 132nd St.
Omaha,, NE 68137

Banker's Trust
10250 Regency Circle #115
Omaha,, NE 68114

Charter West National Bank
c/o Jeffrey A. Silver
10805 Old Mill Road
Omaha, NE 68154

1    **I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.**

/s/ David Fry